IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA,

In the Matter of: )
)
LATOYA PATRICE SIMMS ) Case No.: 12-00307-WSS-13
)
) Chapter 13
)
Debtor(s). )

## ORDER

This matter came before the Court on the Motion for Relief from Automatic Stay of 11 U.S.C. § 362 filed by Specialized Loan Servicing LLC (hereinafter "Specialized Loan Servicing") as to its collateral described in the Note and Mortgage located in Book 5912, Page 124 which is recorded in Jefferson County, Alabama. The parties being represented by counsel are in agreement that Specialized Loan Servicing request for relief from stay is due to be conditionally **DENIED** at this point. Therefore, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. That Specialized Loan Servicing shall file a secured proof of claim in the amount of $4,999.46 to provide for the post-petition payments through April 2013 in the amount of $4,623.46, plus attorney fees and costs in the amount of $376.00. The attorney fees and costs associated with the filing of the motion for relief are deemed allowed and proper.

2. That the Debtor shall resume making her regular mortgage payments beginning with the May 2013 installment directly to Specialized Loan Servicing as required under the terms of the note and mortgage held by Specialized Loan Servicing.

3. That if any future mortgage payment is not made within the month it becomes

due, beginning with the May 2013 installment, Specialized Loan Servicing shall notify the debtor, and the Debtor's attorney in writing of the default. If the default is not cured within twenty (20) days of notice, then the automatic stay as to Specialized Loan Servicing will be terminated without further action of this Court. Any attorney fees incurred as a result of notification of default are hereby deemed reasonable and necessary.

4. The parties agree and acknowledge that the terms of this agreed/stipulated order will not survive the dismissal of the Debtor's bankruptcy case.

Dated: May 1, 2013

*William S. Shulman*
WILLIAM S. SHULMAN
CHIEF U.S. BANKRUPTCY JUDGE