IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In Re: | * | |
| | * | |
| Latoya Patrice Simms | * | Case No. 12-00307 |
| | * | |
| Debtors. | * | |

### MOTION TO MODIFY MORTGAGE LOAN

COMES NOW Debtor, by and through counsel, and moves that this court, pursuant to Rule 4001 and other applicable rules and sections of the U.S. Bankruptcy Rules and Code, approve the modification the Debtor's home mortgage loan, and in support thereof states as follows:

1. On January 27, 2012, Debtor filed for relief under Chapter 13 of the U. S. Bankruptcy Code.

2. Debtor has reached an agreement with Carrington Mortgage Services to modify the current note and mortgage Debtor's homestead, located at 2046 Sandalwood Drive, Mobile, Alabama 36618. Under the terms of the proposed modification agreement, the principal balance owed on Debtor's note and mortgage is $119,507.37, with interest thereon at the initial fixed rate of 4.37500%, the monthly payment plus tax and escrow payments is $853.88.

WHEREFORE, Debtor prays this honorable court approve the Debtor's mortgage modification agreement, and for all other appropriate relief.

*/s/ Steven A. Murray*
STEVEN A. MURRAY
Attorney for Debtor
706 Government Street
Mobile, Alabama 36602
Phone (251) 405-0036
Fax (251) 405-0072

## CERTIFICATE OF SERVICE

    I do hereby certify that on this 3rd day of March, 2014, a copy of the foregoing document was served via electronic service or by placing a copy of same in the U.S. Mail, properly addressed and first class postage prepaid.

    John C. McAleer, III
    Chapter 13 Trustee
    Post Office Box 1884
    Mobile, AL 36633-1884


    Carrington Mortgage Services
    1610 East St Andrews Place
    Santa Ana, CA 92705

    */s/ Steven A. Murray*
    Steven A. Murray