IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| In re: | * | |
| --- | --- | --- |
| | * | |
| | * | |
| Latoya Patrice Simms | * | CASE NO. 12-00307 |
| | * | |
| Debtor. | * | |

## ORDER

This matter came before the Court upon Debtor's Motion to Modify Mortgage Loan and request for hearing. Notice having been given and based upon the evidence presented, it appears that the motion should be granted and the loan modification approved.

Therefore, it is ordered that the Debtor is authorized to modify her mortgage loan with the following terms: the unpaid balance of $119,507.37 to be paid at 4.37500% interest with a monthly payment of $853.88 per month.

Therefore, it is also ordered that the Debtor is authorized to modify her mortgage loan in accordance with terms specified above. The mortgage arrearage claim is cured by the loan modification and reduced to the amount paid.

Dated: April 16, 2014

WILLIAM S. SHULMAN
CHIEF U.S. BANKRUPTCY JUDGE